**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: C.D.F., A MINOR : No. 256 MAL 2022
:
:
PETITION OF: B.G., MOTHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

IN THE INTEREST OF: C.D.F., A MINOR : No. 257 MAL 2022
:
:
PETITION OF: B.G., MOTHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.